Filed 08/21/24

VERMONT SUPERIOR COURT
Caledonia Unit
1126 Main Street Suite 1
St. Johnsbury VT 05819
802-748-6600
www.vermontjudiciary.org



CIVIL DIVISION
Case No. 23-CV-04996

| Atticus Gillen v. Madeleine Muller |
| :---: |

## ENTRY REGARDING MOTION

Title:        Motion to Continue; Motion to Continue Bench Trial; Bench trial, Supplemental
(Motion: 2; 3)
Filer:        Corby A. Gary; Corby A. Gary
Filed Date:   August 20, 2024; August 20, 2024

The motion is GRANTED.

As laid out in his motion and its supplement, Attorney Gary has a cold.[1]  It is apparently an illness that has put him, temporarily out of commission, and one that has left him without enough time or energy to prepare for this case.

The Court is not insensitive to a party's health, and in a situation like this where there would be a question of Attorney Gary's ability to represent his client to the best of his ability as well as a question of contagion for everyone else, the Court finds it both sensible and in the best interests of everyone to cancel and re-schedule to the next available date.

Based on the foregoing, the August 22, 2024 bench trial in this matter is cancelled, and the Court will re-schedule it for next earliest available date.

**So Ordered.**

Electronically signed on 8/21/2024 2:48 AM pursuant to V.R.E.F. 9(d)

_____
Daniel Richardson
Superior Court Judge

---

[1] Attorney Gary's motion draws to the Court's mind the famous article by Gay Talese about Frank Sinatra where he writes, "Sinatra with a cold is Picasso without paint, Ferrari without fuel—only worse. For the common cold robs Sinatra of that uninsurable jewel, his voice, cutting into the core of his confidence, and it affects not only his own psyche but also seems to cause a kind of psychosomatic nasal drip within dozens of people who work for him, drink with him, love him, depend on him for their own welfare and stability."  *G.Talese, Frank Sinatra Has a Cold*, Esquire (April 1966).